No. 104. UNITED STATES ET AL. *v.* CALIFORNIA EASTERN LINE, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Doub* and *Melvin Richter* for petitioners. *Robert E. Kline, Jr.* and *Louis J. Gusmano* for respondent.

No. 286. KREBIOZEN RESEARCH FOUNDATION ET AL. *v.* BEACON PRESS, INC. Supreme Judicial Court of Massachusetts. Certiorari denied. *Reginald Heber Smith* for petitioners. *Frank B. Frederick* for respondent.

No. 297. HYMAN-MICHAELS Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Max Siskind* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 309. 2600 STATE DRUGS, INC., ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Bernard H. Sokol* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 83. CENTRAL OF GEORGIA RAILWAY Co. *v.* JONES ET AL.; and

No. 231. JONES ET AL. *v.* CENTRAL OF GEORGIA RAILWAY Co. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *John B. Miller* and *W. H. Sadler, Jr.* for the Central of Georgia Railway Co. *Joseph*